IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-474-D

| | | |
|---|---|---|
| COLORADO BANKERS LIFE INSURANCE COMPANY, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER** |
| ACADEMY FINANCIAL ASSETS, LLC, | ) ) ) | |
| Defendant. | ) | |

The court has reviewed the record and the governing law. After considering plaintiffs' motion to consolidate [D.E. 19], and plaintiffs/counter-defendants' motion to dismiss the counterclaim [D.E. 17], the motions are DENIED as meritless. Whether the counterclaim will survive a motion for summary judgment is an issue for another day.

SO ORDERED. This 20 day of July 2021.

JAMES C. DEVER III
United States District Judge