IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 5:20-CV-474-D

| | |
|---|---|
| COLORADO BANKERS LIFE INSURANCE COMPANY, SOUTHLAND NATIONAL INSURANCE CORPORATION, and BANKERS LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ACADEMY FINANCIAL ASSETS, LLC,<br><br>Defendant. | **ORDER GRANTING PLAINTIFFS' MOTION TO SEAL** |

On November 17, 2023, Plaintiffs moved for an order sealing the full unredacted version of the Memorandum of Understanding. This document was provisionally filed under seal at [D.E. 94].

The Court has reviewed the motion and for good cause shown, it is hereby ORDERED that Plaintiffs' provisionally sealed document shall remain sealed until further order of the court.

Dated: January 31, 2024

_____
Robert T. Numbers, II
United States Magistrate Judge