IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-00474-D

| | |
|---|---|
| **Colorado Bankers Life Ins. Co., et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**Academy Financial Assets, LLC**,<br><br>Defendant. | **Order** |

This matter comes before the court on Defendants' motion to seal. D.E 103. Defendants seek to seal various documents produced in discovery that have been designated as Confidential under the Consent Protective Orders in place in those Federal ILA cases requiring them to be filed under seal.

The court finds that the scope of the protection sought by the motion is reasonably narrow. For good cause shown, the court grants the motion to seal (D.E. 103).

The Clerk shall retain the following documents, found in the Appendix to Defendants' response in opposition to Plaintiffs' motion for summary judgment (D.E. 102), under seal:

- Exhibit 3 Global Growth 003219-3232,
- Exhibit 8 P-ILA00064266-64279,
- Exhibit 9 P-ILA00044687-44699,
- Exhibit 14 Global Growth 003169-3181,
- Exhibit 16 GG 3342,
- Exhibit 55 P-ILA00000107-114,
- Exhibit 56 P-ILA00000113,
- Exhibit 74 IALA Interest Worksheet,
- Exhibit 126 P-ILA00039639-39645.

Dated: January 31, 2024.

_____
ROBERT T. NUMBERS, II
UNITED STATES MAGISTRATE JUDGE

2